**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 **PATRICIA BRADY**

9    Plaintiff(s),        No. C-**12-03537** EDL

10   v.            **ORDER OF CONDITIONAL DISMISSAL**

11 **BANK OF AMERICA**

12    Defendants.

13 _____/

14

15    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

16

17    IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

18

19

20 IT IS SO ORDERED.

21 Dated: August 20, 2012

22 _____

23 ELIZABETH D. LAPORTE
United States Magistrate Judge

24

25

26

27

28